UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NATIONAL AUDUBON SOCIETY,                                          :
:
Plaintiff,                                :
:   20-cv-5065 (LJL)
-v-                                                  :
:   ORDER
DAVID BERNHARDT, in his official capacity as                       :
Secretary of the Interior, U.S. Department of the Interior,        :
AURELIA SKIPWITH, in her official capacity as                      :
Director of the U.S. Fish and Wildlife Service, U.S.               :
DEPARTMENT OF THE INTERIOR, and U.S. FISH                          :
AND WILDLIFE SERVICE,                                              :
:
Defendants.                             :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020

LEWIS J. LIMAN, United States District Judge:

Proposed Intervenor-Defendants Borough of Avalon, Borough of Stone Harbor, and City of North Wildwood, Cape May County, New Jersey ("Intervenors") have filed a motion to intervene pursuant to Fed. R. Civ. P. 24. Dkt. No. 30. That motion is unopposed. *See* Dkt. No. 35. It is hereby ORDERED that the motion to intervene is GRANTED. The Intervenors are directed to refile their pleading as amended.

It is FURTHER ORDERED that the briefing schedule in Plaintiff's papers is approved, which is also set forth below:

**October 2, 2020:** Defendants' and Intervenors' respective motions to dismiss and briefs in support of those motions.

**November 6, 2020:** Plaintiff's combined brief in opposition to Defendants' and Intervenors' motions to dismiss and in support of Plaintiff's cross-motion for summary judgment as to Plaintiff's first, third, and fourth causes of action.

**December 11, 2020:** Defendants' and Intervenors' respective briefs in opposition to Plaintiff's motion for summary judgment and in further support of their motions to dismiss.

**January 15, 2021:** Plaintiff's reply brief in further support of its motion for summary judgment.

The Clerk of Court is respectfully directed to close Dkt. No. 30.

SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge