# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, | ) |
| *Plaintiff,* | ) **NOTICE OF MOTION** |
| v. | ) |
| DAVID BERNHARDT, in his official, capacity as Secretary of the Interior, AURELIA SKIPWITH, in her official capacity as Director of the U.S. Fish and Wildlife Service, UNITED STATES DEPARTMENT OF THE INTERIOR, and, U.S. FISH AND WILDLIFE SERVICE | ) Case No. 20-cv-5065 (LJL) |
| *Defendants,* | ) |
| BOROUGH OF AVALON, BOROUGH OF STONE HARBOR, and CITY OF NORTH WILDWOOD, | ) |
| *Intervenors-Defendants*. | ) |

PLEASE TAKE NOTICE that upon the attached Declaration of Clark Packard, dated November 5, 2020, and the accompanying memorandum of law in support, the R Street Institute, a non-party, respectfully moves for leave to file an *amicus curiae* brief in connection with the above-captioned action. The R Street Institute proposes to file its *amicus curiae* brief within seven days following the filing by Plaintiff the National Audubon Society of its principal brief in this matter (in support of its partial motion for summary judgment and in opposition to Defendants' and Intervenors-Defendants' motions to dismiss), or within seven days after the Court grants this motion, whichever is later. Plaintiff the National Audubon Society has advised counsel for the R Street Institute that it consents to the *amicus* motion. Defendants and Intervenors-Defendants have

1

advised counsel for the R Street Institute that they take no position as to the *amicus* motion, although counsel for Intervenors-Defendants has asked for an opportunity to reply to the *amicus* motion before the Court adjudicates it.

Dated: New York, New York
November 5, 2020

/s/ F. Franklin Amanat
F. Franklin Amanat, Esq.
Greg G. Gutzler, Esq.
Daniel R. Flynn, Esq.*
DiCello Levitt Gutzler LLC
444 Madison Avenue, Fourth Floor
New York, NY 10022
(646) 933‑1000
famanat@dicellolevitt.com

*Counsel for R Street Institute*

*Not admitted in SDNY. *Pro hac vice* motion forthcoming.

TO: Samuel Hilliard Dolinger
U.S. Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637–2677
samuel.dolinger@usdoj.gov
Counsel for Defendants

Ariel Elaine Ronneburger
Cullen and Dykman, LLP (Nassau)
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
(516) 296–9155
aronneburger@cullenanddykman.com
Counsel for Intervenors-Defendants