IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY,<br><br>*Plaintiff*,<br><br>v.<br><br>DEB HAALAND, *et al.*,<br><br>*Defendants,*<br><br>BOROUGH OF AVALON, *et al.*,<br><br>*Defendant-Intervenors.* | Case No. 20-cv-5065 (LJL) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff National Audubon Society, and Defendants Debra Haaland, in her official capacity as Secretary of the Interior, Martha Williams, in her official capacity as Principal Deputy Director, U.S. Fish and Wildlife Service, the United States Department of the Interior, and the U.S. Fish and Fish and Wildlife Service stipulate to a dismissal of this action with prejudice, and without attorneys' fees and costs to any parties.  Defendant-Intervenors Borough of Avalon, Borough of Stone Harbor and City of North Wildwood, Cape May County, New Jersey hereby stipulate to a dismissal of this action, including their cross-claims interposed herein, but reserve all rights to any future claims arising out of the Coastal Barrier Resources Act, with each side to bear its own costs and fees.

Dated: July 23, 2021

        Aman T. George (DC Bar No. 1028446)*
        Samara Spence (DC Bar No. 1031191)*
        Jeffrey B. Dubner (NY Bar No. 4974341)
        Democracy Forward Foundation
        1440 G Street NW, #8162
        Washington, DC 20003
        Tel.: (202) 701-1783
        ageorge@democracyforward.org
        sspence@democracyforward.org
        jdubner@democracyforward.org

        *Admitted *pro hac vice*

        *Counsel for Plaintiff*

Dated: July 23, 2021

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

By: _____
        SAMUEL DOLINGER
        TOMOKO ONOZAWA
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2677/2721
        samuel.dolinger@usdoj.gov
        tomoko.onozawa@usdoj.gov

        *Counsel for Defendants*

Dated: July 23, 2021

                                CULLEN AND DYKMAN LLP

                          By: /s/ Ariel E. Ronneburger
                                ARIEL E. RONNEBURGER
                                100 Quentin Roosevelt Boulevard
                                Garden City, New York 11530
                                Tel.: (516) 357-3700
                                aronneburger@cullenllp.com

                                *Counsel for Intervenors-Defendants*

SO ORDERED.
The Clerk of Court is respectfully directed to close this case.

Date:   7/26/21
         New York, NY

_____
LEWIS J. LIMAN
United States District Judge